UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bwh@hofmeisterfirm.com
Attorneys for Debtor

Order Filed on December 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RADINE A. YOUNG

Case No.: 17-26357

Chapter 13

Judge: Michael B. Kaplan

## ORDER AUTHORIZING LAW FIRM OF BRIAN W. HOFMEISTER, LLC
## TO WITHDRAW AS COUNSEL FOR THE DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2)  is
hereby **ORDERED**.

**DATED: December 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor: Radine A. Young

Case No: 17-26357 (MBK)

Caption of Order: Authorizing Law Firm of Brian W. Hofmeister, LLC to Withdraw as Counsel for the Debtor

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Debtor, Radine A. Young ("Debtor") by way of Motion for Entry of an Order Authorizing Law Firm of Brian W. Hofmeister, LLC to Withdraw as Counsel for the Debtor ("Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in good faith; and for other good cause shown:

IT IS HEREBY ORDERED:

1.      That Law Firm of Brian W. Hofmeister, LLC be and is hereby authorized to withdraw as counsel for the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 17-26357-MBK

Radine A Young                                                                      Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

**Recip ID              Recipient Name and Address**
db                        + Radine A Young, 485 Flock Road, Hamilton, NJ 08619-1437

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                         Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian W. Hofmeister | on behalf of Debtor Radine A Young bwh@hofmeisterfirm.com  j119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |

John R. Morton, Jr.

on behalf of Creditor Mariner Finance  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca K. McDowell

on behalf of Creditor Investors Bank rmcdowell@slgcollect.com

Robert P. Saltzman

on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10