Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−26357−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Radine A Young
   485 Flock Road
   Hamilton, NJ 08619

Social Security No.:
   xxx−xx−0759

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/19/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 19, 2021
JAN: bwj

          Jeanne Naughton
          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 17-26357-MBK
Radine A Young                                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Aug 19, 2021      Form ID: 148      Total Noticed: 41

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Radine A Young, 485 Flock Road, Hamilton, NJ 08619-1437 |
| cr | + | Investors Bank, c/o Saldutti Law Group, Rebecca K. McDowell, Esquire, 800 N Kings Highway, Suite 300 Cherry Hill, NJ 08034-1511 |
| cr | | Specialized Loan Servicing LLC, PO Box 60535, City of Industry, CA 91716-0535 |
| 516998676 | + | American Web Loan, 2128 N 14th Street, Suite 130, Ponca City, OK 74601-1831 |
| 516998681 | + | Capital One/Lord & Taylor, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 516998685 | #+ | Genpsych PC, 981 US Highway 22, Bridgewater, NJ 08807-2946 |
| 516998686 | + | Hamilton Dental Associates, 2929 Klockner Road, Trenton, NJ 08690-2809 |
| 516998690 | + | Investors Bank, 101 Wood Avenue South, Iselin, NJ 08830-2749 |
| 516998692 | + | Make Cents, Inc. d.b.a Maxlend, PO Box 639, Parshall, ND 58770-0639 |
| 517195281 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 516998695 | | Quest Diagnostic, PO Box 7306, Hollister, MO 65673-7306 |
| 517426354 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516998674 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517195039 | | EDI: BECKLEE.COM | Aug 20 2021 00:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516998675 | + | EDI: RMCB.COM | Aug 20 2021 00:28:00 | American Medical Collection Agency, 2269 South Saw Mill River Road, Building 3, Elmsford, NY 10523-3848 |
| 516998677 | + | Email/Text: rperez@arcadiarecovery.com | Aug 19 2021 20:21:00 | Arcadia Recovery Bureau, 645 Penn Street, Reading, PA 19601-3559 |
| 516998678 | + | EDI: TSYS2.COM | Aug 20 2021 00:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516998679 | + | EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516998680 | + | EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Capital One/Justice, PO Box 30253, Salt Lake |

Case 17-26357-MBK    Doc 54    Filed 08/21/21    Entered 08/22/21 00:11:16    Desc Imaged
                          Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 148 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | City, UT 84130-0253 |
| 517194716 | + | EDI: BASSASSOC.COM | Aug 20 2021 00:28:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516998682 | + | EDI: WFNNB.COM | Aug 20 2021 00:28:00 | Comenity - Victoria's Secret, Attn: Bankruptcy Dept., Post Office Box 182125, Columbus, OH 43218-2125 |
| 516998683 | + | EDI: CCS.COM | Aug 20 2021 00:28:00 | Credit Collection Services, PO Box 447, Norwood, MA 02062-0447 |
| 516998684 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 19 2021 20:35:57 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 516998689 | | EDI: IRS.COM | Aug 20 2021 00:28:00 | Internal Revenue Service, 1111 Constitution Ave., N.W., Washington, DC 20224 |
| 517140135 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:36:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516998691 | + | Email/Text: bk@lendingclub.com | Aug 19 2021 20:21:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 517086683 | | EDI: AGFINANCE.COM | Aug 20 2021 00:28:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 516998694 | | EDI: AGFINANCE.COM | Aug 20 2021 00:28:00 | One Main Financial, Bankruptcy Department Personnel, PO box 140489, Irving, TX 75014-0489 |
| 517405345 | | EDI: PRA.COM | Aug 20 2021 00:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517405346 | | EDI: PRA.COM | Aug 20 2021 00:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517162062 | | EDI: PRA.COM | Aug 20 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517146387 | | EDI: Q3G.COM | Aug 20 2021 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516998696 | + | Email/Text: rwjebn@rwjbh.org | Aug 19 2021 20:21:00 | Robert Wood Johnson Univ., Hospital Hamilton, One Hamilton Health Place, Trenton, NJ 08690-3542 |
| 516998697 | | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 516999828 | + | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517103848 | + | EDI: WFFC.COM | Aug 20 2021 00:28:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517107154 | + | EDI: WFFC.COM | Aug 20 2021 00:28:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 516998698 | + | EDI: WFFC.COM | Aug 20 2021 00:28:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |
| 516998699 | + | Email/Text: admin@rosebudlending.com | Aug 19 2021 20:21:00 | Zocaloans Rosebud Lending, LLC, PO Box 1147, 27565 Research Park Dr, Mission, SD 57555-1147 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mariner Finance, LLC, 2465 South Broad St. Unit F-6, Hamilton, NJ 08610-4700 |
| 516998688 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn: Special Procedures, 955 South Springfield Avenue, PO Box 724, Bldg. A, 3rd Floor, Springfield, NJ 07081 |
| 516998687 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517426355 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518139152 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516998693 | ##+ | Mariner Finance, 2465 South Broad Street, Unit F-6, Hamilton, NJ 08610-4700 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Mariner Finance LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca K. McDowell | on behalf of Creditor Investors Bank rmcdowell@slgcollect.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9